/

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Leonard Murff 20017526 3)
(Full Name) (Register No.) )
JCDC 1300 Cherry )
Kansas City, MO 64106 )
)
Plaintiff(s), 01-0711-CV-W-  -P
)
v. )
Brian Draveling (P.O.) ) No. ____________
Christopher Cenolo (P.O.) )
(Full Name) )
Phillip Henninger (P.O.) )
Reginald Harris )
Big K. K Mart )
Defendant(s). )

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): Jackson County Detention Center 1300 Cherry KCMO, 64106

II. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

A. Plaintiff: Leonard Murff Register No. 20017526 3

Address: 1300 Cherry KCMO
5-F-14 64106

B. Defendant Christopher Cenolo, Brian Draveling, Phillip Henninger
is employed as Independence Police Officers
at Independence Station 223 N. Memorial Dr.

For additional plaintiffs or defendants, provide above information in same format on a separate page.

Defendant: Reginald Harris
Employed at Big K-Mart 4023 S. Noland Rd.

5/96

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ___ No ✓

V. Do you request money damages? Yes ✓ No ___

State the amount claimed. $8,000,000 (actual/~~punitive~~)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?

Yes ✓ No ___

B. Have the claims in this case been presented through an administrative ~~or~~ grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

No final Result Claims were present Directly To Doctor of loss of sight in Eye,

D. If you have not filed a grievance, state the reasons.

______________________________

______________________________

______________________________

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or your treatment while in confinement? Yes ___ No ✓

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: ______________________________
(Plaintiff) (v.) (Defendant)

(2) Date filed: ______________________________

(3) Court where filed: ______________________________

(4) Case number and citation: ______________________________

(5) Basic claim made: Was Repeatedly Beaten and kicked in head while being held down

(6) Date of disposition: None yet

(7) Disposition: None

[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

______________________________

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Loss vision in Right Eye

Dislocated Finger

On May 20, I was accused for Shoplifting, No one Identified them-selves as loss prevention officer, I was grabbed around the neck from behind By Store Employee Reginald Harris, other Three officer Joined In began punching me, knocked me to the ground, continued punching & kicking me

B. State briefly your legal theory or cite appropriate authority:

I will never see the way that I did and being ME having no right hand, now I have limited use of my left hand

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

For Them To pay for the Police Brutality physical Trauma, Physical Disability (Loss of Sight and the pain Suffering

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

____________________

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes ___ No ✓

If so, state the name(s) and address(es) of each lawyer contacted.

____________________

____________________

If not, state your reasons.

I'm incarcerated, and its kind of hard to do in here.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ___ No X

If so, state the lawyer's name and address:

____________________

____________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 26 day of June, 2001.

Leonard [signature]

____________________

____________________

(Signature(s) of Plaintiff(s))